IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: May 2, 2017

vs.  Case No.: 16-4039-01-CR-C-BCW

**Alan Kent Lawson**

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 4:20pm  **Time Terminated:** 4:46pm

### APPEARANCES

**Plaintiff's counsel:** Larry Miller, AUSA
**Defendant's counsel:** Scott Hamblin
**Probation officer:** Dan Schepers

4:20pm  **PROCEEDINGS IN COURTROOM:** Above parties present. Court adopted the Report and Recommendation of December 7, 2016, and accepted defendant's guilty plea.

There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Court imposed 5 years Probation on Count 1 of the Indictment. FINE: waived; MSA: $100. Defendant advised of right to appeal.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** J Russel